IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDIA WIGLEY** | ) | **CIVIL ACTION-LAW** |
| | ) | |
| Plaintiff | ) | NO: 3:10-CV-1995 |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| **FIRSTSOURCE ADVANTAGE, LLC** | ) | **DISMISSAL** |
| | ) | |
| Defendant | ) | **FILED ELECTRONICALLY** |

## NOTICE OF VOLUNTARY DISMISSAL AND ORDER

TO THE CLERK OF COURTS:

Kindly dismiss the above-captioned matter with prejudice and without costs.

Respectfully submitted,

**KELLEY & POLISHAN, LLC**

S/PATRICK WALSH
PATRICK WALSH, ESQUIRE/87931
259 S. KEYSER AVE.
OLD FORGE, PA 18518
PHONE: (570) 562-4520
FAX: (570) 562-4531
**ATTORNEY FOR PLAINTIFF**

**ORDER**

So Ordered:

Dated:_____        _____
                                   **Honorable James M. Munley**
                                   **United States District Judge**