IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIA WIGLEY | ) | CIVIL ACTION-LAW |
| | ) | |
| Plaintiff | ) | NO: 3:10-CV-1995 |
| v. | ) | |
| | ) | NOTICE OF VOLUNTARY |
| FIRSTSOURCE ADVANTAGE, LLC | ) | DISMISSAL |
| | ) | |
| Defendant | ) | FILED ELECTRONICALLY |

### NOTICE OF VOLUNTARY DISMISSAL AND ORDER

TO THE CLERK OF COURTS:

Kindly dismiss the above-captioned matter with prejudice and without costs.

Respectfully submitted,

**KELLEY & POLISHAN, LLC**

S/PATRICK WALSH
PATRICK WALSH, ESQUIRE/87931
259 S. KEYSER AVE.
OLD FORGE, PA 18518
PHONE: (570) 562-4520
FAX: (570) 562-4531
**ATTORNEY FOR PLAINTIFF**

ORDER

So Ordered:

Dated: 10/29/10

Honorable James M. Munley
United States District Judge

Page 1 of 1